United States District Court
Middle District of Florida
Jacksonville Division

**REGENCY CENTERS CORPORATION,**

    *Plaintiff,*

v.     NO. 3:24-cv-428-WGY-PDB

**INDIAN HARBOR INSURANCE COMPANY,**

    *Defendant.*

---

# Order

Regency Centers Corporation's motion for leave to file its supplemental motion to compel (Doc. 65) under seal or for a determination that no sealing is warranted, Doc. 66, is **denied**.

Regency provides no basis for sealing. *See* Local Rule 1.11(a) ("Sealing is not authorized by a confidentiality agreement, a protective order, a designation of confidentiality, or a stipulation."). Regency failed to file the unredacted version under seal with the motion as required by Local Rule 1.11(b)(8). *See* [Administrative Procedures for Electronic Filing](#), § J (requiring parties represented by counsel to file papers under seal using CM/ECF, which is not the same as filing through the "Court's Web Portal"). Indian Harbor Insurance Company—the party with the interest in sealing—has not filed a memorandum to support the seal as allowed by Local Rule 1.11(c), and the time for filing a memorandum has passed.

**No earlier than June 27, 2025,** Regency Centers Corporation must file an unredacted version of the supplemental motion to compel (Doc. 65) on the public docket.

**Ordered** in Jacksonville, Florida, on June 13, 2025.

/s/ Patricia D. Barksdale
United States Magistrate Judge
